IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES R. DOWNES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:19cv469-MHT |
| | ) | (WO) |
| WEXFORD HEALTH SOURCES, | ) | |
| INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

It is ORDERED that plaintiff's motion for a temporary restraining order (doc. no. 2) is denied.

DONE, this the 3rd day of July, 2019.

                                          /s/ Myron H. Thompson
                                     **UNITED STATES DISTRICT JUDGE**