IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES R. DOWNES, | ) | |
| Plaintiff, | ) ) ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:19cv469-MHT |
| | ) | (WO) |
| WEXFORD HEALTH SOURCES, INC., et al., | ) ) ) | |
| Defendants. | ) ) | |

## ORDER

It is ORDERED that plaintiff's second motion for emergency injunctive relief (doc. no. 20) is denied to the extent it constitutes a motion for temporary restraining order.

DONE, this the 12th day of August, 2019.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**