IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JAMES R. DOWNES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:19cv469-MHT |
| ) | (WO) |
| WEXFORD HEALTH, et al., ) | |
| ) | |
| Defendants. ) | |

OPINION AND ORDER

Plaintiff, a state prisoner, filed a motion for preliminary injunction seeking an order that he be referred to a free world neurosurgeon or pain specialist for treatment of his medical issues. This case is before the court on the recommendation of the United States Magistrate Judge that the plaintiff's motion for preliminary injunction be denied. There are no objections to the recommendation. Upon an independent and de novo review of the record, it is ORDERED as follows:

(1) The recommendation of the United States Magistrate Judge (doc. no. 43) is adopted.

(2) The motions for preliminary injunction (doc. nos. 2, 20) are denied.

It is further ORDERED that this case is referred back to the magistrate judge for further proceedings.

DONE, this the 20th day of September, 2019.

                                  /s/ Myron H. Thompson  
                                UNITED STATES DISTRICT JUDGE